FILED

08/19/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0147

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0147

_____

PLANNED PARENTHOOD OF MONTANA, and
SAMUEL DICKMAN, M.D., on behalf of
themselves and their patients,

     Plaintiffs and Appellees,

  v.                                 O R D E R

STATE OF MONTANA, by and through
AUSTIN KNUDSEN, in his official capacity
as Attorney General,

     Defendant and Appellant.

_____

Upon consideration of the motion for leave to file an amicus brief filed by the Asian Pacific Institute on Gender-Based Violence, et al., and good cause appearing,

IT IS HEREBY ORDERED that the motion is GRANTED. Amici are granted leave to file an amicus brief on or before August 20, 2024.

Electronically signed by:
Dirk Sandefur
Justice, Montana Supreme Court
August 19 2024